UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUL 11 2023 PM4:02
FILED-USDC-CT-NEWHAVEN

Grand Jury N-23-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23CR 116 (OAW)(TOF) |
| v. | VIOLATIONS: |
| NICHOLAS DEFELICE | 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) (Engaging in the Business of Dealing in and Manufacturing Firearms Without a License) |
| | 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871 (Possession of Unregistered National Firearms Act Firearms) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Engaging in the Business of Dealing in and Manufacturing Firearms without a License)

1. From in or about January 2020, the exact date being unknown to the Grand Jury, until on or about February 17, 2022, in the District of Connecticut, the defendant, NICHOLAS DEFELICE, not being a licensed dealer or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in and manufacturing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT TWO
(Possession of Unregistered National Firearms Act Firearms)

2. On or about February 17, 2022, in the District of Connecticut, the defendant, NICHOLAS DEFELICE, knowingly received and possessed firearms and a silencer not registered to him in the National Firearms Registration and Transfer Record, that is:

    a. an Anderson Manufacturing, AM-15, multi-caliber rifle with a barrel of less than sixteen inches in length and bearing serial number 18302829;

    b. a Colt, M4 Carbine, 5.56 caliber rifle with a barrel of less than sixteen inches in length and bearing serial number LE568125; and

    c. a silencer, further described as a metal, cylindrical device designed to silence or diminish the report of a firearm.

In violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.

## FORFEITURE ALLEGATION
(Firearms Offense)

3. Upon conviction of a willful violation of the offense alleged in Count One of this Indictment, the defendant, NICHOLAS DEFELICE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the firearms listed in Attachment A to this Indictment and all related ammunition.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(National Firearms Act Offense)

4. Upon conviction of the offense charged in Count Two of this Indictment, the defendant, NICHOLAS DEFELICE, shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense, including but not limited to the following:

    a. an Anderson Manufacturing, AM-15, multi-caliber rifle with a barrel of less than sixteen inches in length and bearing serial number 18302829;

    b. a Colt, M4 Carbine, 5.56 caliber rifle with a barrel of less than sixteen inches in length and bearing serial number LE568125; and

    c. a silencer, further described as a metal, cylindrical device designed to silence or diminish the report of a firearm.

All in accordance with Title 21, United States Code, Section 853; Title 26, United States Code, Section 5872; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

*/s/ Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Nathaniel J. Gentile*
NATHANIEL J. GENTILE
ASSISTANT UNITED STATES ATTORNEY

# ATTACHMENT A

| |
|---|
| FIREARM: RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 21370745 |
| FIREARM: RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 21370743 |
| FIREARM: RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 21370744t |
| FIREARM: HANDGUN, MNF: GLOCK INC., TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: BAWK540 |
| FIREARM: HANDGUN, MNF: GLOCK INC., TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NVY757 |
| FIREARM: HANDGUN, MNF: TAURUS INTERNATIONAL, TYPE: REVOLVER, MODEL: 850, CAL: 38, SN: CM11715 |
| FIREARM: RIFLE, MNF: AERO PRECISION, TYPE: RECEIVER/FRAME, MODEL: FREEDOM, CAL: MULTI, SN: JULY4-0354 |
| FIREARM: RIFLE, MNF: DEL-TON INC., TYPE: RIFLE, MODEL: DT10, CAL: 308, SN: DTI-D003070 |
| FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE |
| FIREARM: RIFLE, MNF: AERO PRECISION, TYPE: RECEIVER/FRAME, MODEL: M5, CAL: MULTI, SN: US196194 |
| FIREARM: RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20080767 |
| FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE |
| FIREARM: HANDGUN, MNF: RUGER, TYPE: PISTOL, MODEL: 22/45 MARK IV, CAL: 22, SN: 500315478 |
| FIREARM: HANDGUN, MNF: GLOCK INC., TYPE: PISTOL, MODEL: 33, CAL: 357, SN: NRU148 |
| FIREARM: HANDGUN, MNF: PARA-ORDNANCE MFG. INC., TYPE: PISTOL, MODEL: P13.45, CAL: 45, SN: RN5355 |
| FIREARM: HANDGUN, MNF: GLOCK INC., TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: BRWP457 |
| FIREARM: HANDGUN, MNF: GLOCK INC., TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: GSX456 |
| FIREARM: RIFLE WITH BARREL LESS THAN 16 INCHES, MNF: COLT, TYPE: RIFLE, MODEL: M4 CARBINE, CAL: 556, SN: LE568125 |
| FIREARM: RIFLE, MNF: SAVAGE, TYPE: RIFLE, MODEL: RASCAL, CAL: 22, SN: 3735052 |
| FIREARM: SHOTGUN, MNF: MERAK SAVUNMA SANAYI, LTD., TYPE: SHOTGUN, MODEL: 101, CAL: 410, SN: 21SB36AE-0114 |
| FIREARM: HANDGUN, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE |
| FIREARM: ANY OTHER WEAPON (NFA), MNF: UNKNOWN MANUFACTURER, TYPE: SILENCER, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE |
| FIREARM: HANDGUN, MNF: HERITAGE MFG. INC., TYPE: REVOLVER, MODEL: ROUGH RIDER, CAL: 22, SN: Y09289 |
| FIREARM: RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: RIFLE, MODEL: M70B1, CAL: 762, SN: M70B01387 |
| FIREARM: RIFLE, MNF: HIGH STANDARD, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE |
| FIREARM: HANDGUN, MNF: RUGER, TYPE: PISTOL, MODEL: SR-22 P, CAL: 22, SN: 369-27918 |
| FIREARM: RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: MULTI, SN: 20011161 |
| FIREARM: RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: MULTI, SN: 21370749 |

| |
|---|
| FIREARM: SHOTGUN, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL:  SPORTSMAN, CAL: 20, SN: 1099719 |
| FIREARM: RIFLE, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL:  742, CAL: 308, SN: 19737 |
| FIREARM: SHOTGUN, MNF:  LEFEVER, TYPE: SHOTGUN, MODEL:  NITRO SPECIAL, CAL: 20, SN: 131275 |
| FIREARM: RIFLE, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL:  511, CAL: 22, SN: NONE |
| FIREARM: RIFLE, MNF:  CZ (CESKA ZBROJOVKA), TYPE: RIFLE, MODEL:  CZ457, CAL: 22, SN: D292216 |
| FIREARM: SHOTGUN, MNF:  HARRINGTON AND RICHARDSON, TYPE: SHOTGUN, MODEL:  BAY STATE, CAL: 12, SN: A906603 |
| FIREARM: RIFLE, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL:  740, CAL: 30-06, SN: 82235 |
| FIREARM: RIFLE, MNF:  WINCHESTER, TYPE: RIFLE, MODEL:  60A, CAL: 22, SN: NONE |
| FIREARM: HANDGUN, MNF:  GLOCK INC., TYPE: PISTOL, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: BUYF739 |
| FIREARM: HANDGUN, MNF:  GLOCK INC., TYPE: PISTOL, MODEL:  44, CAL: 22, SN: AEPA784 |
| FIREARM: RIFLE, MNF:  AERO PRECISION, TYPE: RIFLE, MODEL:  M4E1, CAL: MULTI, SN: M40331230 |
| FIREARM: RIFLE, MNF:  ROSSI, TYPE: RIFLE, MODEL: ROSSI GALLERY, CAL: 22, SN: 7CG031899P |
| FIREARM: SHOTGUN, MNF:  CZ (CESKA ZBROJOVKA), TYPE: SHOTGUN, MODEL: CZ712 G2, CAL: 12, SN: 20A4274 |
| FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: 200462J |
| FIREARM: RIFLE, MNF:  WINCHESTER, TYPE: RIFLE, MODEL:  WILDCAT 22, CAL: 22, SN: TF614-20M12189 |
| FIREARM: SHOTGUN, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL:  870, CAL: 20, SN: S328206X |
| FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: 1042304 |
| FIREARM: HANDGUN, MNF:  CZ (CESKA ZBROJOVKA), TYPE: PISTOL, MODEL:  CZ75 SP-01, CAL: 9, SN: D298223 |
| FIREARM: HANDGUN, MNF:  SMITH & WESSON, TYPE: PISTOL, MODEL:  M&P 380 SHIELD, CAL: 380, SN: NKZ9664 |
| FIREARM: SHOTGUN, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL:  870, CAL: 12, SN: RAF000832 |
| FIREARM: HANDGUN, MNF:  GLOCK INC., TYPE: PISTOL, MODEL:  19, CAL: 9, SN: BSXT142 |
| FIREARM: RIFLE, MNF:  CZ (CESKA ZBROJOVKA), TYPE: RIFLE, MODEL:  SCORPION EVO 3 S1, CAL: 9, SN: D388475 |
| FIREARM: HANDGUN, MNF:  CZ USA, TYPE: PISTOL, MODEL:  CZ P-10 S, CAL: 9, SN: UC15114 |
| FIREARM: HANDGUN, MNF:  CZ (CESKA ZBROJOVKA), TYPE: PISTOL, MODEL:  CZ P-07, CAL: 9, SN: B515748 |
| FIREARM: HANDGUN, MNF:  CZ (CESKA ZBROJOVKA), TYPE: PISTOL, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: F280151 |
| FIREARM: HANDGUN, MNF:  CZ (CESKA ZBROJOVKA), TYPE: PISTOL, MODEL:  CZ75 SP-01 SHADOW, CAL: 9, SN: C449685 |
| FIREARM: RIFLE WITH BARREL OF LESS THAN 16 INCHES, MNF:  ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL:  AM-15, CAL: MULTI, SN: 18302829 |
| FIREARM: RIFLE, MNF:  AERO PRECISION, TYPE: RIFLE, MODEL:  X15, CAL: MULTI, SN: X374010 |
| FIREARM: HANDGUN, MNF:  CZ USA, TYPE: PISTOL, MODEL:  CZ P-10 M, CAL: 9, SN: UG06857 |
| FIREARM: RIFLE, MNF:  SHARPS BROS MFG., TYPE: RIFLE, MODEL:  THE JACK, CAL: MULTI, SN: A22374 |