UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                              CRIMINAL NO. 3:23-CR-116(OAW)

NICHOLAS DEFELICE                                October 18, 2023

## MOTION TO DISMISS

The Defendant, Nicholas DeFelice, moves to dismiss the indictment pursuant to Fed. R. Crim. P. 12(b)(3) and the Second Amendment to the United States Constitution for the reasons stated in the attached Memorandum in Support of Motion to Dismiss.

Respectfully Submitted,

*/s/Daniel M. Erwin/s/*
By Daniel M. Erwin (ct28947)
FEDERAL DEFENDER'S OFFICE
265 Church Street; Suite 702
New Haven, CT 06510
Tel: (203) 498-4200
Email: Daniel_Erwin@fd.org

CERTIFICATION OF SERVICE

This is to certify that on June 19, 2023, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the government has been provided with a copy of the forgoing.

*/s/Daniel M. Erwin/s/*
Daniel M. Erwin