# EXHIBIT B

## CURRENT CLASSIFICATIONS

**CDP**
SS

**ESP**
EX
08/20/2021

**SSP**
EX
06/19/2021

**CCP**
SS

**CO**
EX
09/18/2021

**REV**
UN

**BUG**
MA
09/18/2021

**PCC**
SS
06/19/2021



2:23

practiscore.com

PRACTISCORE powered by FEDERAL

Back to Results
Back to OCSA IDPA September 2021 Match

New Results

OCSA IDPA September 2021 Match
9/18/2021
Match Results (time) - CO

| Match | | | Final | The |
|---|---|---|---|---|
| Finish | Name | Division | Time | Raw |
| 1 | Liang, Tony | CO | 104.14 | 14.67 |
| 2 | Defelice, Nico | CO | 106.79 | 12.76 |
| 3 | Leoncello, Michael | CO | 106.87 | 14.34 |
| 4 | Moskos, Richard | CO | 110.90 | 13.80 |
| 5 | Maher, David | CO | 111.64 | 14.45 |
| 6 | Flores, Vinicio | CO | 112.46 | 11.28 |
| 7 | Fredholm, David | CO | 115.49 | 11.90 |
| 8 | Leite, Glenn | CO | 119.19 | 15.32 |
| 9 | Mastro, Gene | CO | 128.71 | 18.27 |
| 10 | Hutchinson, Derek | CO | 141.28 | 19.17 |
| 11 | Ahern, Sean | CO | 142.61 | 25.54 |
| 12 | Arruda, James | CO | 143.53 | 20.43 |
| 13 | Kowalski, Matthew | CO | 144.02 | 15.08 |
| 14 | Melendez, Tony | CO | 150.94 | 19.74 |
| 15 | Zine, Terry | CO | 166.30 | 17.39 |
| 16 | Fuller, David | CO | 168.54 | 24.36 |
| 17 | Kotlyar, Vadim | CO | 168.69 | 22.28 |
| 18 | Gilfeather, Barry | CO | 187.41 | 21.83 |
| 19 | Wilson, Nick | CO | 195.85 | 14.17 |
| 20 | Whalen, Brian | CO | 198.83 | 23.52 |
| 21 | Boisvert, Larry | CO | 201.65 | 27.79 |
| 22 | Hines, Kevin | CO | 223.81 | 25.99 |
| 23 | Wolfe, Bryan | CO | 237.59 | 35.91 |
| 24 | Ringuet, Barry | CO | 369.64 | 40.16 |



5:48

practiscore.com

PRACTISCORE powered by FEDERAL

Back to 2021 Ruger New England Regional IDPA Championship

New Results

2021 Ruger New England Regional IDPA Championship
2021-08-20
Match Results - By Division

ESP

| | | Match | |
|---|---|---|---|
| Rank | Name | # | Class |
| 1 | Lang, James | a55182 | EX |
| 2 | Tucker, Joseph | A756881 | MA |
| 3 | Fredholm, Brian | A614424 | SS |
| 4 | Kowalski, Matthew | A734095 | EX |
| 5 | Iandino, Darren | A52325 | EX |
| 6 | DeFelice, Nick | A1014638 | EX |
| 7 | Joffe, Michael | A18347 | EX |
| 8 | Amato, Neal | A1001627 | EX |
| 9 | CLEVELAND, KENNETH | A890276 | SS |
| 10 | kal, kevin | A1006399 | SS |
| 11 | Ly, Chris | A1006331 | SS |
| 12 | Scopino, Dan | A936748 | SS |
| 13 | Richards, William | A30254 | EX |
| 14 | Hatfield, Keith | A32925 | SS |
| 15 | White, Mark | A1008853 | MM |
| 16 | Stanisic, Melisa | A336506 | MM |
| 17 | Barss, James | A161465 | MM |
| 18 | McCafferty, Jim | A1007688 | MM |
| 19 | Dalrymple, Kevin | A1004375 | SS |
| 20 | Luneau, Juana | A188571 | SS |
| 21 | Trindall, Steve | A736410 | MM |
| 22 | Ellis, Richard A | A24206 | SS |
| 23 | Knowles, Jerry | a218108 | MM |
| 24 | Stoner, Tim | A399837 | SS |
| 25 | Berrett IV, Ralph | A558884 | MM |
| 26 | Smith, Da | 11113 | NV |

WPRC IDPA Tier 1 2021-08-14
2021-08-14
Match Results - By Division

ESP

| | | Match | | |
|---|---|---|---|---|
| Rank | Name | # | Class | D |
| 1 | DeFelice, Nico | A1014638 | EX | ES |
| 2 | Ly, Chris | A1006331 | SS | ES |
| 3 | Hatfield, Keith | A32925 | SS | ES |
| 4 | Joffe, Michael | A18347 | EX | ES |
| 5 | Stratos, James | A761682 | SS | ES |
| 6 | Kal, Kevin | A1006399 | SS | ES |
| 7 | Buckley, Michael | | UN | ES |
| 8 | McQueston, Tim | A742240 | SS | ES |
| 9 | McQueston, Maryellen | A976980 | MM | ES |

Back to Results
Back to MetroWest Tactical IDPA, July 24th, 2021 Tier One Club Match

New Results

MetroWest Tactical IDPA, July 24th, 2021 Tier One Club Match
2021-07-24
Match Results By Division

ESP

| | | Match | |
|---|---|---|---|
| Rank | Name | # | Class |
| 1 | DeFelice, Nico | A1014638 | EX |
| 2 | Iandino, Darren | A52325 | EX |
| 3 | Amato, Neal | | EX |
| 4 | Joffe, Michael | A18347 | EX |
| 5 | Bryant, Arthur | A328274 | NV |
| 6 | Murray, Doug | A544347 | SS |
| 7 | Ellis, Rick | A24206 | SS |

PRACTISCORE powered by FEDERAL

| | | | | |
|---|---|---|---|---|
| 1-Defelice, N PS 2 | 106.55 | 5.00 | 0 | 0 |
| 2-Kowalski, M | 118.70 | 29.00 | 0 | 0 |
| 3-Moran, E | 120.94 | 10.00 | 0 | 0 |
| 4-Smith, A | 121.15 | 3.00 | 0 | 0 |
| 5-Caira, B | 124.35 | 8.00 | 0 | 10 |
| 6-Stanik, B | 124.39 | 3.00 | 0 | 0 |
| 7-Zeltser, V | 125.00 | 3.00 | 0 | 10 |
| 8-Fredholm, D | 125.62 | 14.00 | 0 | 11 |
| 9-Leoncello, M | 129.58 | 15.00 | 0 | 10 |
| 10-Moskos, R | 132.74 | 25.00 | 0 | 5 |
| 11-Tucker, J | 132.89 | 7.00 | 0 | 5 |
| 12-Rosen, D | 138.20 | 16.00 | 0 | 5 |




| | | | | |
|---|---|---|---|---|
| 1-Defelice, N | 106.55 | 5.00 | 0 | 0 |
| 2-Kowalski, M | 118.70 | 29.00 | 0 | 0 |
| 3-Moran, E | 120.94 | 10.00 | 0 | 0 |
| 4-Smith, A | 121.15 | 3.00 | 0 | 0 |
| 5-Caira, B | 124.35 | 8.00 | 0 | 10 |
| 6-Stanik, B | 124.39 | 3.00 | 0 | 0 |
| 7-Zeltser, V | 125.00 | 3.00 | 0 | 10 |
| 8-Fredholm, D | 125.62 | 14.00 | 0 | 11 |
| 9-Leoncello, M | 129.58 | 15.00 | 0 | 10 |
| 10-Moskos, R | 132.74 | 25.00 | 0 | 5 |
| 11-Tucker, J | 132.89 | 7.00 | 0 | 5 |
| 12-Rosen, D | 138.20 | 16.00 | 0 | 5 |
| 13-Leite, G | 138.39 | 28.00 | 0 | 8 |
| 14-Dowd, S | 140.08 | 23.00 | 0 | 5 |
| 15-Smirnov, V | 140.89 | 15.00 | 0 | 0 |
| 16-Melendez, T | 145.18 | 23.00 | 0 | 0 |
| 17-Mastro, G | 148.44 | 28.00 | 0 | 0 |
| 18-Gilfeather, B | 152.01 | 16.00 | 0 | 3 |
| 19-Chizhik, Y | 156.91 | 34.00 | 0 | 10 |
| 20-Trindall, S | 157.06 | 25.00 | 0 | 5 |
| 21-Tassel, N | 157.57 | 21.00 | 0 | 0 |
| 22-Roginskiy, O | 159.21 | 11.00 | 0 | 6 |
| 23-Hatfield, K | 169.54 | 19.00 | 0 | 12 |
| 24-Knowles, J | 170.51 | 22.00 | 0 | 3 |
| 25-Hutchinson, D | [illegible] | [illegible] | 0 | 0 |

**CDP**
SS

**ESP**
EX
05/15/2021

**SSP**
EX
06/19/2021

**CCP**
SS

**CO**
SS

**REV**
UN




**CURRENT CLASSIFICATIONS**

**CDP**
SS

**ESP**
EX
05/15/2021

**SSP**
EX
06/19/2021

**CCP**
SS

**CO**
SS

**REV**
UN

**BUG**
UN

**PCC**
SS
06/19/2021

**SHOOTING HISTORY**

**CDP**



9:43

practiscore.com

PRACTISCORE powered by FEDERAL

edits below the results.

Search:

| Name | Final | PD | Bon | Pen |
|---|---|---|---|---|
| 1-Fuller, D | 167.55 | 13.00 | 0 | 10 |
| 2-Arruda, J | 169.49 | 39.00 | 0 | 3 |
| 3-Miele, L 2 | 197.77 | 51.00 | 0 | 0 |
| 4-Whalen, B | 218.70 | 33.00 | 0 | 10 |
| 5-Waud, J | 228.02 | 37.00 | 0 | 10 |
| 6-Waud, A 2 | 251.25 | 7.00 | 0 | 18 |
| 7-Rozman, M | 299.88 | 51.00 | 0 | 20 |
| 8-Leblanc, J 2 | 309.58 | 107.00 | 0 | 25 |
| 9-Ruprecht, A | 331.81 | 19.00 | 0 | 13 |
| 10-Defelice, N PS | 350.81 | 69.00 | 0 | 5 |
| 11-Macpherson, P | 356.15 | 104.00 | 0 | 5 |
| 12-Geramanis, G 2 | 383.02 | 54.00 | 0 | 30 |
| 13-Ringuet, B | 432.80 | 33.00 | 0 | 32 |
| 14-Brycki, D | 473.31 | 176.00 | 0 | 46 |

Old style results

Practiscore's Terms of Service, and Privacy Policy notice. Learn more

Got it!

2:08

practiscore.com

PRACTISCORE powered by FEDERAL

| Name | Final | PD | Bon | Pen |
|---|---|---|---|---|
| 1-Cracco, M | 145.18 | 8.00 | 0 | 0 |
| 2-Redl, M | 149.11 | 35.00 | 0 | 0 |
| 3-DeFelice, N PS 1 | 150.21 | 6.00 | 0 | 0 |
| 4-Amato, N | 153.15 | 35.00 | 0 | 5 |
| 5-Prahm, C 1 | 156.54 | 17.00 | 0 | 0 |
| 6-Mercede, R | 162.88 | 11.00 | 0 | 6 |
| 7-Maitz, A 1 | 196.55 | 66.00 | 0 | 0 |
| 8-Leong, C 1 | 205.41 | 41.00 | 0 | 0 |
| 9-Ingvertsen, D 1 | 206.46 | 35.00 | 0 | 5 |
| 10-Hall, S 2 | 209.28 | 53.00 | 0 | 5 |
| 11-Hanrahan, J | 218.94 | 32.00 | 0 | 8 |
| 12-Hastey, P | 220.96 | 50.00 | 0 | 8 |
| 13-Golembeski, G | 221.78 | 38.00 | 0 | 5 |
| 14-Rush, B 1 | 231.86 | 75.00 | 0 | 10 |
| 15-Tedesco, E | 250.84 | 57.00 | 0 | 5 |
| 16-moskowitz, d 1 | 266.98 | 72.00 | 0 | 6 |
| 17-Berera, J 1 | 278.98 | 59.00 | 0 | 0 |
| 18-Ferravante, J | 284.73 | 55.00 | 0 | 13 |
| 19-Rugens, M 2 | 309.24 | 90.00 | 0 | 11 |

Practiscore's Terms of Service, and Privacy Policy notice. Learn more

Got it!


3:40
LTE
practiscore.com
PRACTISCORE
Back to Results
Back to WPRC IDPA Tier 1 2021-05-08
New Results
WPRC IDPA Tier 1 2021-05-08
2021-02-13
Match Results - By Division
ESP
Match
Rank | Name | # | Class | Division
1 | DeFelice, Nico | A1014638 | SS | ESP
2 | Stanik, Boris | 45185 | MA | ESP
3 | Iandino, Darren | A52325 | EX | ESP
4 | Joffe, Michael | A18347 | EX | ESP
5 | Rose, Tracy | A348186 | SS | ESP
6 | Soucy, Stephen | A34546 | MM | ESP
7 | sullivan, peter | a1014882 | UN | ESP
Generated by PractiScore for Android (1.7.9 Amazon) at 2021-05-08 13:10 -0400
Search links
Scores
Matches
Events
Clubs
Shooters
Misc links



ESP

| Match | | | | |
|---|---|---|---|---|
| Rank | Name | # | Class | Divisio |
| 1 | DeFelice, Nico | A1014638 | SS | ESP |
| 2 | Stanik, Boris | 45185 | MA | ESP |
| 3 | Iandino, Darren | A52325 | EX | ESP |
| 4 | Joffe, Michael | A18347 | EX | ESP |
| 5 | Rose, Tracy | A348186 | SS | ESP |
| 6 | Soucy, Stephen | A34546 | MM | ESP |
| 7 | sullivan, peter | a1014882 | UN | ESP |

Generated by PractiScore for Android (1.7.9 Amazon) at 20



2:22 LTE

practiscore.com

PRACTISCORE

A badge like this 32 next a name shows the number of times score was edited. You can find the edits below the results.

Search:

| Name | Final | PD | Bon | Pen | R |
|---|---|---|---|---|---|
| 1-DeFelice, N | 84.83 | 25.00 | 0 | 3 | 5 |
| 2-Freda, J | 88.91 | 21.00 | 0 | 0 | 6 |
| 3-Thompson, B | 96.24 | 25.00 | 0 | 0 | 7 |
| 4-zownir, g | 102.89 | 32.00 | 0 | 0 | 7 |
| 5-Massarani, L | 104.58 | 37.00 | 0 | 5 | 6 |
| 6-Jackson, D | 117.38 | 49.00 | 0 | 5 | 6 |
| 7-Couture, J | 118.71 | 41.00 | 0 | 5 | 7 |
| 8-Rugens, M | 124.31 | 51.00 | 0 | 3 | 7 |
| 9-Richards, W | 128.08 | 44.00 | 0 | 0 | 8 |
| 10-Malarsky, J | 131.51 | 67.00 | 0 | 8 | 5 |
| 11-Chetnani, J | 146.25 | 57.00 | 0 | 3 | 8 |
| 12-Leong, C | 150.95 | 70.00 | 0 | 10 | 7 |

Practiscore's Terms of Service, and Privacy Policy notice. Learn more

Got it!

10:30

practiscore.com

PRACTISCORE

| | | | | |
|---|---|---|---|---|
| 12-Haefner, J | 171.33 | 19.00 | 0 | 6 |
| 13-Rush, B | 173.88 | 37.00 | 0 | 8 |
| 14-LaF, W | 184.18 | 20.00 | 0 | 5 |
| 15-Ressel, D | 186.93 | 11.00 | 0 | 3 |
| 16-Rush, Z | 189.44 | 31.00 | 0 | 6 |
| 17-Ferravante, J | 198.98 | 16.00 | 0 | 3 |
| 18-Tedesco, E | 208.63 | 23.00 | 0 | 15 |
| 19-Hadlock, S | 225.32 | 29.00 | 0 | 15 |
| 20-Golembeski, G | 227.74 | 23.00 | 0 | 6 |
| 21-Rugens, M | 229.07 | 27.00 | 0 | 0 |
| 22-Greenapple, D | 245.81 | 37.00 | 0 | 10 |
| 23-Sullivan, P | 248.57 | 81.00 | 0 | 22 |
| 24-Varasconi, R | 258.98 | 40.00 | 0 | 9 |
| 25-Achard, J | 270.13 | 37.00 | 0 | 5 |
| 26-Berera, K | 336.37 | 55.00 | 0 | 11 |
| 27-Berera, J | 347.78 | 88.00 | 0 | 23 |
| 28-Becker, C | 0.00 | 0.00 | 0 | 0 |
| 29-Andersen, E | 0.00 | 0.00 | 0 | 0 |
| 30-freda, c 1 | 284.55 | 69.00 | 0 | 13 |
| 31-Theriault, C | 0.00 | 0.00 | 0 | 0 |
| 32-DeFelice, N PS | 0.00 | 0.00 | 0 | 0 |
| 33-Kortesis, N -DQ | 0.00 | 7.00 | 0 | 0 |



Mail 10:29 PM
members.idpa.com

Sprague Rod and Gun Bi-Monthly Sunday IDPA Match
Sunday, May 27, 2018 from 9:00 AM to 1:00 PM

FINAL SCORES | DETAILS | REGISTRATION INFO

WINNERS

| CATEGORY | SHOOTER | DIV / CLASS | SCORE |
|---|---|---|---|
| High CCP | Nicholas DeFelice | CCP - SS | 202.01 (5) |
| High CDP | Dave Corsino | CDP - EX | 195.58 (39) |
| High ESP | Theodore Gaddy Jr. | ESP - SS | 191.89 (49) |
| High SSP | Dan Scopino | SSP - SS | 195.79 (26) |
| High Distinguished Senior | James Stratos | CDP - SS | 202.70 (23) |
| High Senior | Wade Price | SSP - EX | 209.26 (47) |
| Most Accurate | Vadim Staklo | SSP - SS | 243.88 (8) |

SCORES

Results View: OVERALL | STAGES | DIV/CLASS | DIVISION | CLASS | CATEGORY
Division: ALL | CCP | CDP | ESP | SSP
Classification: ALL | EX | SS | MM | NV
Category: ALL | Distinguished Senior | Senior
Shooter: Enter name or member #

Expand All | Collapse All

| SHOOTER | | | | | MATCH TOTALS | | STAGE 1 | | |
|---|---|---|---|---|---|---|---|---|---|
| RANK | NAME | IDPA ID | DIV | CLASS | MATCH SCORE | TOTAL POINTS DOWN | PD | NT | PE |
| CCP - Sharpshooter | | | | | | | | | |
| 1 | Nicholas DeFelice | A224227 | CCP | SS | 202.01 | 5 | 0 | 0 | 0 |

50 items per page



IDPA ON TWITTER | FOLLOW IDPA | IDPA PUBLIC WEBSITE | IDPA BLOG | IDPA FORUMS | IDPA DOCUMENTS & DOWNLOADS | WELCOME | Dashboard | My Info | My Account | MEMBERS | CLUBS

AT&T 2:12 PM
members.idpa.com

| High BUG | Vadim Staklo | BUG - SS | 408.63 (26) |
|---|---|---|---|
| High CDP | Dave Corsino | CDP - EX | 231.90 (43) |
| High ESP | Andrew Marocchini III | ESP - MA | 175.93 (34) |
| High REV | Jerry Richard | REV - EX | 350.65 (46) |
| High SSP | Vincent Chu | SSP - EX | 207.46 (49) |
| High Distinguished Senior | Jerry Richard | REV - EX | 350.65 (46) |
| High Senior | John Pelletier | ESP - SS | 268.37 (58) |
| Most Accurate | Vadim Staklo | BUG - SS | 408.63 (26) |

SCORES

Results View: OVERALL | STAGES | DIV/CLASS | DIVISION | CLASS | CATEGORY
Division: ALL | BUG | CDP | ESP | REV | SSP
Classification: ALL | MA | EX | SS
Category: ALL | Distinguished Senior | Senior
Shooter: Enter name or member #

Expand All | Collapse All

| SHOOTER | | | | | MATCH TOTALS | | STAGE 1 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RANK | NAME | IDPA ID | DIV | CLASS | MATCH SCORE | TOTAL POINTS DOWN | PD | NT | PE | FP | FTDR |
| ESP - Master | | | | | | | | | | | |
| 1 | Andrew Marocchini III | A04419 | ESP | MA | 175.93 | 34 | 1 | 0 | 0 | 0 | 0 |
| ESP - Expert | | | | | | | | | | | |
| 1 | Bill Desmond | A16732 | ESP | EX | 232.07 | 48 | 5 | 0 | 0 | 0 | 0 |
| 2 | Roger Matteau | A386219 | ESP | EX | 243.73 | 51 | 2 | 0 | 0 | 0 | 0 |
| ESP - Sharpshooter | | | | | | | | | | | |
| 1 | John Pelletier | A39324 | ESP | SS | 268.37 | 58 | 4 | 0 | 0 | 0 | 0 |
| 2 | Deny Rubbo | A682468 | ESP | SS | 304.94 | 71 | 10 | 0 | 0 | 0 | 0 |
| REV - Expert | | | | | | | | | | | |
| 1 | Jerry Richard | A29752 | REV | EX | 350.65 | 46 | 3 | 0 | 0 | 0 | 0 |
| SSP - Expert | | | | | | | | | | | |
| 1 | Vincent Chu | A130910 | SSP | EX | 207.46 | 49 | 10 | 0 | 0 | 0 | 0 |
| SSP - Sharpshooter | | | | | | | | | | | |
| 1 | Nicholas DeFelice | A224227 | SSP | SS | 228.38 | 62 | 9 | 0 | 0 | 0 | 0 |
| 2 | Phil Chevalier | A231120 | SSP | SS | 258.92 | 58 | 4 | 0 | 0 | 0 | 0 |
| 3 | Stephen Hills | A751100 | SSP | SS | 292.36 | 58 | 3 | 0 | 0 | 0 | 0 |

50 items per page

IDPA ON TWITTER | FOLLOW IDPA | IDPA PUBLIC WEBSITE | IDPA BLOG | IDPA FORUMS | WELCOME | Dashboard | My Info | My Account | MEMBERS


AT&T LTE 1:56 PM
Touch to return to Navigation
practiscore.com
PRACTISCORE
Search:
Name Final PD Bo
1-Michael Cracco 119.71 13
2-Nicholas DeFelic 121.59 55
3-John Freda 126.12 32
4-Leo Massarani 131.18 30
5-phil cracco 153.26 52
6-Robert Coady 155.11 72
7-Dave Jackson 162.01 74
8-Stephen Crighton 175.55 92
9-chris freda 182.94 35
10-Robert Casey 187.34 85
11-Bruce Thompson 189.871 74
12-Ted Piascyk 191.05 64
13-Arnie DePascale 198.01 85
14-Elena Andersen 205.79 82
15-KENDALL PERKINS 208.64 113
12:23
idpa.com
IDPA
MENU
SUCCESS! REGISTRATION IS COMPLETE
Welcome to IDPA. Check your inbox because we've sent you a confirmation email along with a receipt.
Your IDPA Member ID is A1014638
View and Edit Profile
WHAT NOW?
You're a new IDPA Shooter and we want to make sure you've got access to all the resources you need. Visit our FAQs for more resources.
Support
Find a club near you
Browse upcoming matches
FAQs



10:30

practiscore.com

PRACTISCORE

| | | | | |
|---|---|---|---|---|
| 12-Haefner, J | 171.33 | 19.00 | 0 | 6 |
| 13-Rush, B | 173.88 | 37.00 | 0 | 8 |
| 14-LaF, W | 184.18 | 20.00 | 0 | 5 |
| 15-Ressel, D | 186.93 | 11.00 | 0 | 3 |
| 16-Rush, Z | 189.44 | 31.00 | 0 | 6 |
| 17-Ferravante, J | 198.98 | 16.00 | 0 | 3 |
| 18-Tedesco, E | 208.63 | 23.00 | 0 | 15 |
| 19-Hadlock, S | 225.32 | 29.00 | 0 | 15 |
| 20-Golembeski, G | 227.74 | 23.00 | 0 | 6 |
| 21-Rugens, M | 229.07 | 27.00 | 0 | 0 |
| 22-Greenapple, D | 245.81 | 37.00 | 0 | 10 |
| 23-Sullivan, P | 248.57 | 81.00 | 0 | 22 |
| 24-Varasconi, R | 258.98 | 40.00 | 0 | 9 |
| 25-Achard, J | 270.13 | 37.00 | 0 | 5 |
| 26-Berera, K | 336.37 | 55.00 | 0 | 11 |
| 27-Berera, J | 347.78 | 88.00 | 0 | 23 |
| 28-Becker, C | 0.00 | 0.00 | 0 | 0 |
| 29-Andersen, E | 0.00 | 0.00 | 0 | 0 |
| 30-freda, c 1 | 284.55 | 69.00 | 0 | 13 |
| 31-Theriault, C | 0.00 | 0.00 | 0 | 0 |
| 32-DeFelice, N PS | 0.00 | 0.00 | 0 | 0 |
| 33-Kortesis, N -DQ | 0.00 | 7.00 | 0 | 0 |

AT&T LTE 5:58 AM

members.idpa.com

| | | | |
|---|---|---|---|
| High SSP | Nicholas DeFelice | SSP - SS | 260.54 (21) |
| High Distinguished Senior | James Stratos | CDP - SS | 267.78 (28) |
| High Senior | John Pelletier | CDP - SS | 267.01 (32) |
| Most Accurate | Vadim Staklo | SSP - SS | 294.60 (2) |

SCORES

Results View: OVERALL | STAGES | DIV/CLASS | DIVISION | CLASS | CATEGORY

Division: ALL | CCP | CDP | ESP | REV | SSP

Classification: ALL | MA | EX | SS | MM

Category: ALL | Distinguished Senior | Senior

Shooter: Enter name or member #

Expand All | Collapse All

| SHOOTER | | | | | MATCH TOTALS | | STAGE 1 | | |
|---|---|---|---|---|---|---|---|---|---|
| RANK | NAME | IDPA ID | DIV | CLASS | MATCH SCORE | TOTAL POINTS DOWN | PD | NT | PE |
| ESP - Sharpshooter | | | | | | | | | |
| 1 | Theodore Gaddy Jr. | A40917 | ESP | SS | 231.05 | 39 | 4 | 0 | 0 |
| 2 | Jerome A. Filek | A06328 | ESP | SS | 330.23 | 22 | 3 | 0 | 0 |
| 3 | Kevin Janazzo | A13676 | ESP | SS | 334.4 | 64 | 16 | 0 | 0 |
| ESP - Marksman | | | | | | | | | |
| 1 | Vincenzo Curcio | A435363 | ESP | MM | 281.35 | 77 | 13 | 0 | 0 |
| 2 | Ray Chung | A144213 | ESP | MM | 315.15 | 62 | 14 | 0 | 0 |
| 3 | Gregory Hall | A171571 | ESP | MM | 317.78 | 31 | 12 | 0 | 0 |
| REV - Expert | | | | | | | | | |
| 1 | Jerry Richard | A29752 | REV | EX | 320.77 | 37 | 7 | 0 | 0 |
| SSP - Sharpshooter | | | | | | | | | |
| 1 | Nicholas DeFelice | A224227 | SSP | SS | 260.54 | 21 | 0 | 0 | 0 |
| 2 | Vadim Staklo | A893215 | SSP | SS | 294.6 | 2 | 0 | 0 | 0 |
| SSP - Marksman | | | | | | | | | |
| 1 | Elmar Kessler | A422992 | SSP | MM | 338.21 | 47 | 7 | 0 | 0 |
| 2 | Kenneth Delnicki | A379723 | SSP | MM | 340.62 | 43 | 15 | 0 | 0 |
| 3 | Thomas Bower | A531295 | SSP | MM | 459.15 | 85 | 20 | 0 | 1 |

1 | 50 items per page

IDPA PUBLIC WEBSITE WELCOME

EXTERNAL SENDER

Sent from my iPhone