Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

_____ District of Connecticut

Caption:

United States of America

v.

Nicholas Defelice

Docket No.: 3:23-cr-00116

The Hon. Michael P. Shea

(District Court Judge)

Notice is hereby given that Nicholas Defelice appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other |_____

(specify)

entered in this action on 04/10/2025.

(date)

This appeal concerns: Conviction only |____| Sentence only |____| Conviction & Sentence |✔| Other |____|

Defendant found guilty by plea |✔| trial |__| N/A |__|.

Offense occurred after November 1, 1987?   Yes |✔| No |__| N/A |__|

Date of sentence: 04/02/2025                    N/A |____|

Bail/Jail Disposition: Committed |✔| Not committed |__| N/A |__|

Appellant is represented by counsel? Yes ✔ | No |__| If yes, provide the following information:

Defendant's Counsel: Daniel M. Erwin, Assistant Federal Defender

Counsel's Address: Federal Defender Office

265 Church Street, Suite 702, New Haven, CT 06510

Counsel's Phone: 203-498-4200

Assistant U.S. Attorney: Nathaniel Gentile, Assistant U.S. Attorney

AUSA's Address: U.S. Attorney's Office

157 Church Street, 25th Floor, New Haven, CT 06510

AUSA's Phone: 203-821-3736

/s/ Daniel M. Erwin

Signature